IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAREEM ALI-MUHAMMAD | * | |
| Plaintiff | * | |
| v | * | Civil Action No. GLR-13-2011 |
| AGR GROUP, INC. and<br>ROTH DONER JACKSON, PLC | * | |
| | * | |
| Defendant | | |
| | *** | |

## ORDER

Plaintiff has filed the instant Complaint, accompanied by the filing fee, and therefore bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendants.[1] Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[2] through an affidavit, that he or she has served Defendants. If there is no record that service was effected on Defendants, Plaintiff risks dismissal of the case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the Complaint, the Court may enter an Order asking the party to show cause why the claims should

---

[1] Plaintiff did not present summons with the Complaint, nor has he provided mailing addresses for Defendants. He will be required to do so before service takes place in this case.

[2] If Plaintiff does not use a private process server, and instead uses certified mail, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service

not be dismissed.  If the party fails to show cause within fourteen (14) days of the entry of the Order or such other time as may be set by the Court, the Complaint shall be dismissed without prejudice.[3]

Accordingly, it is this 23rd day of July, 2013, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Upon presentation of prepared summons by Plaintiff to the Clerk, the Clerk SHALL TAKE ALL NECESSARY STEPS to issue summons and to return summons to Plaintiff.  If service copies of the Complaint were provided, the Clerk SHALL RETURN them to the Plaintiff; and

2. The Clerk SHALL SEND a copy of this Order to Plaintiff.

                                                                       /s/
                                        George Levi Russell, III
                                        United States District Judge

---

[3] Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). Plaintiff may contact the office of the State Department of Assessments and Taxation at http://www.dat.state.md.us/sdatweb/charter.html#other or (410) 767-1330 to obtain the name and service address for the resident agent of Defendant.